<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000050
27-FEB-2025
08:17 AM
Dkt. 94 ODMR**</span>

NO. CAAP-21-0000050

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WORLD BOTANICAL GARDENS, INCORPORATED,
a Nevada corporation, Plaintiff-Appellee, v.
WALTER WAGNER; LINDA WAGNER; DAN PERKINS, Defendants-Appellants,
and DAVID ADAMS, Defendant-Appellee,
and JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES, 1-10,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CC051000210)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Hiraoka, Presiding Judge, Wadsworth and McCullen, JJ.)

Upon consideration of self-represented Defendant-Appellant Walter L. **Wagner**'s Motion for Reconsideration, the papers in support, and the record, it appears Wagner has not shown a point of law or fact that this court overlooked or

misapprehended in the February 12, 2025 Summary Disposition Order.  <u>See</u> Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS ORDERED that the Motion for Reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, February 27, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge